IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **JEFFREY ETHERIDGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | 1:23CV978 |
| | ) | |
| **MARTIN O'MALLEY,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED AND ADJUDGED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This the 3rd day of June, 2024.

                                                /s/ Joe L. Webster
                                       United States Magistrate Judge